# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

February 14, 2014

**Before**

WILLIAM J. BAUER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

JOSEPH S. VAN BOKKELEN, *District Judge*\*

| | |
|---|---|
| No. 13-2307 | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| JUSTIN D. REED,<br>         *Plaintiff-Appellee*, | |
| *v.* | No. 1:12-cv-00873 |
| NORFOLK SOUTHERN RAILWAY COMPANY, a Virginia corporation, doing business as NORFOLK SOUTHERN RAILWAY,<br>         *Defendant-Appellant.* | Sharon Johnson Coleman,<br>         *Judge*. |

**O R D E R**

On consideration of the petition for rehearing and petition for rehearing en banc filed by the appellant in the above case on January 28, 2014, no judge in active service has requested a vote thereon, and all of the judges on the original panel have voted to deny the petition. The petition is therefore DENIED.

---

\*The Honorable Joseph S. Van Bokkelen, United States District Court for the Northern District of Indiana, sitting by designation.