# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Justin D. Reed

                                                Plaintiff,

v.                                              Case No.: 1:12–cv–00873
                                                     Honorable Sharon Johnson Coleman

Norfolk Southern Railway Company

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2014:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Settlement conference held on 8/11/14. The parties resolved the case. The parties have a status hearing before the District Judge on 8/25/14 and hope to have a settlement agreement signed by that time. All matters relating to the referral of this case having been resolved, this matter is returned to the District Judge. Referral terminated. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.