# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Justin D. Reed

                          Plaintiff,

v.                                         Case No.: 1:12–cv–00873

                                              Honorable Sharon Johnson Coleman

Norfolk Southern Railway Company

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2014:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Application by Matthew H. Morgan for leave to appear pro hac vice [71] is granted. Status hearing held on 8/25/2014. This action is dismissed without prejudice. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.